B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## Southern District Of Texas

| | |
|---|---|
| In re IGNITE RESTAURANT GROUP, INC., et al.,<br>Debtor. | Case No. 17-33550 (DRJ)<br>(Jointly Administered) |
| DRIVETRAIN, LLC, as Trustee of the Ignite Restaurant Group GUC Trust<br>Plaintiff,<br>v.<br>1ST FM LLC,<br>Defendant. | Chapter 11<br><br>Adv. Proc. No. _____ |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk:
                USBC, Southern District of Texas, Houston Division
                Attn: David J. Bradley, Clerk of the Court
                P.O. Box 61010, Houston, TX 77208; telephone: 713/250-5500

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:

**PACHULSKI STANG ZIEHL & JONES LLP**, Attn: Jeffrey P. Nolan
10100 Santa Monica Boulevard, 13th Floor, Los Angeles, CA 90067
    - and -
COLE SCHOTZ PC, Attn: Michael D. Warner; Benjamin L. Wallen
301 Commerce Street, Suite 1700, Fort Worth, TX 76102

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                     (Clerk of the Bankruptcy Court)

Date: _____                By: _____ (Deputy Clerk)

American LegalNet, Inc.
www.FormsWorkFlow.com